PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Angel Delgado                                    Cr.: 03-00607-001

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh, U.S.D.J.

Date of Original Sentence: 01/05/04

Original Offense: Conspiracy to Commit Bank Fraud

Original Sentence: 37 month imprisonment followed by three years supervised release.

Type of Supervision: Supervised Release              Date Supervision Commenced: 12/14/06

Assistant U.S. Attorney: Mauro Wolfe            Defense Attorney: Lorraine Gauli-Rufo, A.F.P.D.

## PETITIONING THE COURT

[X]   To issue a warrant

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On May 18, 2007, Delgado committed burglary by taking a Sovereign Bank Visa debit card from L.M. and then make two separate $500 withdrawals, totaling $1,000, from L.M.'s bank account via an automated-teller machine (A.T.M.) located at the North Fork Bank on Paterson Plank Road in Secaucus, New Jersey. |
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On or about May 24, 2007, Delgado attempted to cash two fraudulent checks which he produced that were issued by Universal Logistics of Secaucus, New Jersey to Samuel Vargas and Victor Garcia, respectively, and drawn on a Commerce Bank account. Each fraudulent check was for $524.32, totaling $1,048.64. |

3      The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

Delgado has not maintained employment since May 9, 2007. Delgado was not excused from the requirement of working by the probation office.

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 05/31/07

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

6/7/07
Date

Dennis M. Cavanaugh
U.S. District Judge

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**MATTHEW F. MILLER**
**THOMAS C. MILLER**

May 30, 2007

**RECEIVED**

JUN 6 2007

DENNIS M. CAVANAUGH
U.S. DISTRICT JUDGE

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155
www.njp.uscourts.gov

The Honorable Dennis M. Cavanaugh, U.S.D.J.
U.S. Post Office & Courthouse
Room 451
Federal Square
P.O. Box 999
Newark, New Jersey 07102-0999

RE: **U.S. v. Angel Delgado**
Dkt. No. 03-00607-001
<u>Request for Violation of Supervised
Release Hearing & Issuance of a Warrant</u>

Dear Judge Cavanaugh:

On January 5, 2004, Angel Delgado was sentenced by Your Honor to 37 months imprisonment followed by a three-year term of supervised release for the offense of Bank Fraud. Delgado was ordered to pay a $100 special assessment, a $5,000 fine and $4,200 in restitution. Furthermore, Delgado was to provide full financial disclosure, prohibited from incurring any new debt or opening additional lines of credit and undergo mental health treatment. Delgado has been supervised by this office since his release from the custody on December 14, 2006.

The purpose of this letter is to report Delgado's noncompliance with the conditions of his supervision and request a warrant be issued. Specifically we allege that Delgado has engaged in new criminal conduct and is unemployed. In addition, Delgado's has failed to maintain contact with the probation office and his current whereabouts are unknown. As such, he is considered an absconder from supervision.

In view of the cited instances of noncompliance, it is respectfully recommended that Your Honor issue a warrant so that Delgado can be brought before the Court to answer these charges and show cause why he should not be considered in violation of his term of supervised release. If Your Honor concurs with our recommendation, please sign the enclosed *Probation Form 12C*. If Your Honor requests an alternative course of action, please advise. We will make ourselves available should Your Honor wish to discuss this matter.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

Paul E. Choinski,
U.S. Probation Officer

Enclosure(s)

