PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Angel Delgado     **Docket Number:** 03-00607-001
    **PACTS Number:** 35686

**Name of Sentencing Judicial Officer:** The Honorable Dennis M. Cavanaugh, U.S.D.J.

**Date of Original Sentence:** 01/05/2004

**Original Offense:** Bank Fraud

**Original Sentence:** 37 months imprisonment; 3 years supervised release.

**Date of Violation Sentence:** 01/14/2008

**Violation Sentence:** 4 months imprisonment; 2 years supervised release with 4 months community confinement.

**Type of Supervision:** supervised release     **Date Supervision Commenced:** 06/26/2008

**Assistant U.S. Attorney:** Ronnell Wilson, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Lorraine Guali-Rufo, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a summons

The probation office alleges that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     The offender has violated the supervision condition which states '**The defendant shall reside for a period of 4 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.**'

On June 26, 2008, Delgado's four month period of confinement at the Toler House Community Sanction Center commenced. On September 10, 2008, Delgado unsatisfactorily discharged from that program for his failure to follow the community sanction center's rules and regulations.

PROB 12C - Page 2
Angel Delgado

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 10/20/08

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 25 Nov. 2008 10 AM
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/30/08
Date